UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| DERRICK LLANO, )<br>)<br>    Plaintiff, )<br>)<br>    v. )<br>)<br>HORIZON MOTEL, INC. d/b/a )<br>QUALITY INN AND SUITES, et al. )<br>)<br>    Defendants. ) | NO. 3:12-0656<br>Judge Haynes/Bryant |

### O R D E R

The District Judge has referred this matter to the undersigned Magistrate Judge for purposes of future scheduling matters and judicial mediation. A telephone status conference is set on **Friday, March 1, 2013, at 9:30 a.m.** Counsel for plaintiff shall initiate the conference call.

It is so **ORDERED**.

                                                                           JOHN S. BRYANT
                                                                           United States Magistrate Judge